UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAWSH CORPORATION, )<br>)<br>Defendant. )<br>) | **Civil Action No.: 4:02;CV1640**<br><br>Hon. Rodney W. Sippel |

## ORDER

This Court grants the Trustee's Motion for Approval of Trustee Actions, filed on May 27, 2005. In particular, the Court approves and authorizes the Trustee to take the following actions:

1. Pay $2,730.95 to Kreuter & Gordon, P.C. for legal services rendered to the Trustee in this matter.

2. Pay $14,184.49 to Huber, Ring, Helm & Co., P.C. for services rendered as Trustee in this matter.

3. Proceed with the process of soliciting bids for certain securities presently owned by JAWSH and in fact to distribute the Notice of Sale of Investment Property to interested parties and to the note holders in JAWSH Corporation.

Dated: May 31, 2005        By: _____
                                Judge Rodney W. Sippel