UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 4:02CV1640 RWS |
| JAWSH CORP., | ) ) ) | |
| Defendant. | ) | |

## ORDER

As discussed during today's hearing,

**IT IS HEREBY ORDERED** that the hearing on the motion to approve sale has been continued to **March 30, 2006 at 2:00 p.m. in Courtroom 10-South at 111 South 10th Street, St. Louis, MO 63102.**

**IT IS FURTHER ORDERED** that the motion for leave to intervene filed by Southwell Partners, L.P. [#92] is denied as moot.

**IT IS FURTHER ORDERED** that the motion for relief and order granting trustee's motion for relief [#117] is denied.

**IT IS FURTHER ORDERED** that John Gatewood's motion for disqualification of counsel [#134] is denied as moot.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this   10 th    day of March, 2006.