UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) )  ) |
| Plaintiff, | ) **Civil Action No.: 4:02;CV1640** |
| v. | ) ) Hon. Rodney W. Sippel |
| JAWSH CORPORATION, | ) ) |
| Defendant. | ) ) ) |

## ORDER AUTHORIZING AND APPROVING SALE OF PROPERTY

The Court, having heard the recommendation of the Trustee and all objections thereto on this 10th day of March, 2006 and in the best interests of the investors hereby makes the following findings of facts and orders the following actions:

1. That the Trustee has solicited offers from the noteholders of JAWSH Corporation and other persons of interest to purchase some or all of the assets of JAWSH Corporation. A Notice Of Sale Of Investment Property And Invitation To Submit Offers For The Purchase Of Various Investments As Identified Herein was sent to all JAWSH Corporation noteholders and other persons of interest.

2. That the Trustee has received the following offers from the following persons for the following properties:

**JAWSH Investment Recovery, LLC:**  97,600 shares of GASTAR Exploration Common and 662,245 shares of Synergetics USA, Inc. at 60% of the closing market price on the last trading day prior to closing.

**R C Capital, LLC:**  $300,000 face value of ATD Corporation Convertible debentures for the sum of $15,000.00.

|  |  |
|---|---|
|  | 9.1954% interest in Aberdeen Links, LLC for the sum of $2,500.00 |
| **Earl F. Neely Trust U/T/A dtd 1-16-90:** | 8,000 shares of ATD Corporation Preferred for the total sum of $1,600.00. |
|  | 73,250 shares of ATD Corporation common for the total sum of $8,100.00. |
| **Virtual Realty Enterprises, LLC:** | 165,240 shares of Synergetics USA, Inc. common at 81% of the market price at closing (for a total of $461,763.18 on December 15, 2005) (for a total of $726,775.09 on January 18, 2006). |
|  | 200,000 shares of Synergetics USA, Inc. common at 96% of the market price at closing (for a total of $662,400.00 on December 15, 2005) (for a total of $1,042,560.00 on January 18, 2006). |
|  | 297,005 shares of Synergetics USA, Inc. common at 83% of the market price at closing (for a total of $850,473.82 on December 15, 2005) (for a total of $1,338,571.83). |
| **Sevex North America, Inc.:** | 73,250 shares of ATD Corporation common for the total sum of $73,616.00. |
|  | 8,000 shares of ATD Corporation Preferred for the total sum of $16,040.00. |
|  | $300,000 face amount of ATD Corporation Convertible debentures for the total sum of $30,346.00. |
| **Southwell Partners, L.P.:** (**jointly with Glacier Partners, L.P.**) | 662,245 shares of Synergetics USA, Inc. common at $3.31 per share totaling $2,192,030.95 |
| **Rockney M. Dollarhide:** | Entire interest in Aberdeen Links, LLC for $10,101.01. |
| **Richard J. Gillette:** | 11,111 shares of Syntec, Inc. common for $4,600.00 total. |
| **Glen W. Ragland:** | 73,250 shares of ATD Corporation common, 8,000 shares of ATD Corporation preferred, and $300,000 face amount of ATD Corporation convertible debentures for the total sum of $250,000.00. |

3.  There is no prior relationship between the Proposed Buyers and the Trustee.

4.  That the Trustee recommended that acceptance of the following offers to be in the best interests of the investors of JAWSH Corporation:

**Rockney M. Dollarhide:** Entire interest in Aberdeen Links, LLC for $10,101.01.

**Richard J. Gillette:** 11,111 shares of Syntec, Inc. common for $4,600.00 total.

**Glen W. Ragland:** 73,250 shares of ATD Corporation common, 8,000 shares of ATD Corporation preferred, and $300,000 face amount of ATD Corporation convertible debentures for the total sum of $250,000.00.

That the Trustee believes it to be in the best interests of the investors of JAWSH Corporation that the following publicly-traded securities be sold in the public market:

## Stocks:

| Entity Name | Security Type | Number |
|---|---|---|
| Gastar Exploration | Common | 97,600 |
| Tri-Isthmus Group, Inc. (Formerly Vsource, Inc.) | Common | 3,031 |

## Partnership Interests:

| Entity Name | # of units | % ownership |
|---|---|---|
| PLM Equipment Growth Fund VI, Ltd. | Unknown | .0025 |

5.  The Trustee has sent out to all parties hereto and to all noteholders and bidders the NOTICE OF INTENDED PRIVATE SALE OF PROPERTY, DEADLINE FOR SUBMITTING OBJECTIONS AND HEARING DATE. The Trustee has also sent out to all parties hereto and to all noteholders and bidders the NOTICE OF DEADLINE FOR SUBMITTING OBJECTIONS AND HEARING DATE signed by this Court on January 25, 2006. These Notices have been mailed to persons and addresses detailed in Exhibit 4, attached to the Trustee's initial Motion.

WHEREFORE, this Court orders:

1. The Trustee shall immediately accept the following offers and sell the following Properties to the persons indicated below pursuant to the terms of the offer:

**Rockney M. Dollarhide:** Entire interest in Aberdeen Links, LLC for $10,101.01.

**Richard J. Gillette:** 11,111 shares of Syntec, Inc. common for $4,600.00 total.

**Glen W. Ragland:** 73,250 shares of ATD Corporation common, 8,000 shares of ATD Corporation preferred, and $300,000 face amount of ATD Corporation convertible debentures for the total sum of $250,000.00.

2. The Trustee shall be authorized to sell the following publicly-traded securities in the public market in lots not to exceed 10,000 shares, effective immediately:

| Entity Name | Security Type | # of shares |
|---|---|---|
| Tri-Isthmus Group, Inc. (Formerly Vsource, Inc.) | Common | 3,031 |
| PLM Equipment Growth Fund VI, Ltd. | | .0025% unit |

3. The hearing heard on this 10th day of March, 2006 is hereby continued to March 30, 2006 at 2:00 p.m. for the purpose of allowing time for the Securities and Exchange Commission to render its opinion to the Trustee regarding the legality of an in-kind distribution of common shares of Synergetics USA, Inc. and Gastar Exploration to the noteholders and/or other creditors of JAWSH Corporation.

4. Any and all assets sold hereunder shall be free of all liens and encumbrances and any alleged liens, if any, shall attach to the proceeds in the hands of the Trustee.

Dated: March 10, 2006

By: /s/ Rodney W. Sippel
Judge Rodney W. Sippel