UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 4:02;CV1640 |
| v. ) | |
| ) | Hon. Rodney W. Sippel |
| JAWSH CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This Court grants the Trustee's Motion for Approval of Trustee Actions, filed on July 20, 2006. In particular, the Court approves and authorizes the Trustee to take the following actions:

1. Pay $8,364.34 to Kreuter & Gordon, P.C. for legal services rendered to the Trustee in this matter.

2. Pay $29,297.78 to Huber, Ring, Helm & Co., P.C. for services rendered as Trustee in this matter.

3. Pay $650.00 to Larson, Allen, Weishair & Co., LLP for services rendered to the Trustee in this matter.

Dated: July 24th, 2006

By: _____
Judge Rodney W. Sippel

-1-